738

Justice CASTILLE, Justice NEWMAN and Justices SAYLOR, EAKIN and BAER join the opinion.

Former Justice NIGRO did not participate in the consideration or decision in this matter.

906 A.2d 1193

H. William DEWEESE, House Minority Leader and Member of the House Rules Committee, and Mike Veon, Democratic Whip of the House of Representatives, Appellees

v.

Honorable Pedro A. CORTES, Secretary of the Commonwealth of Pennsylvania, Appellant.

John M. Perzel, Representative and Speaker of the Pennsylvania House of Representatives, and Robert C. Jubelirer, Senator and President Pro Tempore of the Senate of the Commonwealth of Pennsylvania, Intervenors.

H. William Deweese, House Minority Leader and Member of the House Rules Committee, and Mike Veon, Democratic Whip of the House of Representatives

v.

Honorable Pedro A. Cortes, Secretary of the Commonwealth of Pennsylvania John M. Perzel, Representative and Speaker of the Pennsylvania House of Representatives, and Robert C. Jubelirer, Senator and President Pro Tempore of the Senate of the Commonwealth of Pennsylvania, Intervenors.

Appeal of John M. Perzel, Representative and Speaker of the Pennsylvania House of Representatives, and Robert C. Jubelirer, Senator and President Pro Tempore of the Senate of the Commonwealth of Pennsylvania, Intervenors.

Supreme Court of Pennsylvania.

Sept. 28, 2006.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court is affirmed.

906 A.2d 1194

**Christine WALTER and Sharon King, on behalf of themselves and all other similarly situated individuals, Appellants**

v.

**MAGEE WOMENS HOSPITAL OF UPMC HEALTH SYSTEM, University of Pittsburgh Medical Center Health System, Trevor A. MacPherson and George Michalopoulos, Appellees.**

Supreme Court of Pennsylvania.

Argued Sept. 11, 2006.

Decided Sept. 28, 2006.

Thomas E. Groshens, Richard A. Sprague, Robert C. Daniels, Philadelphia, for appellant.

William A. Pietragallo, II, Pittsburgh, for appellee.

Lisa Whitcomb Clark, David Edwin Loder, Philip H. Lebowitz, Philadelphia, for appellee amicus curiae.